# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSB-SYSTEM INTERNATIONAL INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-2156 |
| SAP AMERICA, INC., | : | |
| | : | |
| Defendant/Counterclaim Plaintiff. | : | |

## ORDER

**AND NOW**, this *30th* day of *March,* 2012, upon consideration of Defendant SAP America, Inc.'s Motion for Summary Judgment of Invalidity of Each Claim of U.S. Patent No. 5,631,953 for Claiming Both an Apparatus and a Method (Docket No. 66), Plaintiff CSB-System International, Inc.'s Response (Docket No. 68), Defendant's Reply Brief (Docket No. 71), and Plaintiff's Sur-reply (Docket No. 72), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.