IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSB-SYSTEM INTERNATIONAL INC. | : | |
| | : | CIVIL ACTION |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-2156 |
| SAP AMERICA, INC., | : | |
| | : | |
| Defendant/Counterclaim Plaintiff. | : | |

# ORDER

**AND NOW**, this *16th* day of *April*, 2012, upon consideration of Defendant SAP America, Inc.'s ("SAP") Motion for Summary Judgment of Non-Infringement (Docket No. 93), Plaintiff CSB-System International, Inc.'s ("CSB") Response in Opposition and Cross-Motion for Summary Judgment of Infringement (Docket No. 107), Defendant's Reply Brief (Docket No. 119), and Plaintiff's Reply Brief (Docket No. 125), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment of Non-Infringement is **GRANTED** on Plaintiff's theory of literal infringement, but **DENIED** as to Plaintiff's theory of infringement under the doctrine of equivalents;

2. Plaintiff's Motion for Summary Judgment of Infringement is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

*/s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.