IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CSB-SYSTEM INTERNATIONAL INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff/Counterclaim Defendant, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-2156 |
| SAP AMERICA, INC., | : | |
| | : | |
| Defendant/Counterclaim Plaintiff. | : | |

## ORDER

**AND NOW**, this *25th* day of *April*, 2012, upon consideration of Defendant SAP America, Inc.'s Motion for Summary Judgment of No Willful Infringement (Docket No. 94), Plaintiff CSB-System International, Inc.'s Response (Docket No.108), and Defendant's Reply Brief (Docket No. 111), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.