IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CSB-SYSTEM INTERNATIONAL INC. : | |
| : | CIVIL ACTION |
| Plaintiff/Counterclaim Defendant, : | |
| : | |
| v. : | |
| : | NO. 10-2156 |
| SAP AMERICA, INC., : | |
| : | |
| Defendant/Counterclaim Plaintiff. : | |

## ORDER

**AND NOW**, this *30th* day of *April*, 2012, upon consideration of Defendant SAP America, Inc.'s ("SAP") Motion for Partial Summary Judgment Limiting CSB's Claim for Damages (Docket No. 95), Defendant CSB-System International Inc.'s ("CSB") Response (Docket No. 105), and Plaintiff's Reply Brief (Docket No. 120), it is hereby **ORDERED** that the Motion is **GRANTED** to the extent that CSB is deemed to have legal standing to seek damages only for SAP's alleged infringement that CSB can prove occurred on or after March 29, 2010.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.